**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ANTHONY FELICIANO, | : | No. 6 EAP 2022 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated January |
| | : | 26, 2022 at No. 588 M.D. 2019. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                      **DECIDED:  September 29, 2022**

**AND NOW,** this 29th day of September, 2022, the order of the Commonwealth

Court is **AFFIRMED**.

Justice Brobson did not participate in the consideration or decision of this matter.